| | | | |
|---|---|---|---|
| Logue v. W.C.A.B.(Com. Dept. of Transp.) [111] ....... | 12/28/2015 | 548 EAL (2015) | Denied | Pa.Cmwlth., 119 A.3d 1116 |
| Medina v. Pennsylvania Bd. of Probation and Parole [112] ........... | 12/31/2015 | 609 MAL (2015) | Denied | Pa.Cmwlth., 120 A.3d 1116 |
| Rodgers v. W.C.A.B (Intern. Steel Group) [113] ........ | 12/28/2015 | 538 EAL (2015) | Denied | |
| T.T. v. Department of Public Welfare [114] ........... | 02/01/2016 | 312 WAL (2015) | Denied | Pa.Cmwlth., 48 A.3d 562 |
| Winchilla v. W.C.A.B. (Nexstar Broadcasting) [115] | 12/29/2015 | 420 WAL (2015) | Denied | Pa.Cmwlth., 126 A.3d 364 |

111.  Justice EAKIN did not participate in the decision of this matter.

112.  Justice EAKIN did not participate in the decision of this matter.

113.  Justice EAKIN did not participate in the decision of this matter.

114.  Justice EAKIN did not participate in the consideration or decision of this matter.

115.  Justice EAKIN did not participate in the decision of this matter; Reargument Denied February 3, 2016.